UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN MEYERSBURG,<br><br>                Plaintiff,<br><br>-against-<br><br>MORGAN STANLEY & CO. LLC,<br><br>                Defendant. | No. 23-CV-7638 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties are informed that CG&R, of which my husband was but is no longer a partner, represents Morgan Stanley in various corporate matters (but not employment matters). He has never done any work for Morgan Stanley.

**SO ORDERED.**

Dated:    September 1, 2023
            New York, New York

                                              *Loretta A. Preska*
                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge