UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN MEYERSBURG,<br><br>    Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC,<br><br>    Defendant. | Case No. 1:23-cv-07638 (LAP) |

### JOINT STIPULATION AND PROPOSED ORDER
### TO COMPEL ARBITRATION AND STAY THIS ACTION

WHEREAS, Plaintiff filed the Complaint in this action on August 29, 2023;

WHEREAS, on October 5, 2023, Defendant filed a motion to compel the claims asserted in the Complaint to arbitration and to stay this case pending resolution of the arbitration (Dkts. 11-13); and

WHEREAS, the parties have agreed that the claims are subject to Morgan Stanley's Convenient Access to Resolutions for Employees ("CARE") Program, the CARE Guidebook, and the Arbitration Agreement signed by Plaintiff on October 12, 2020;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. This action shall be compelled to arbitration pursuant to the terms of Morgan Stanley's Convenient Access to Resolutions for Employees ("CARE") Program, the CARE Guidebook, and the Arbitration Agreement signed by Plaintiff on October 12, 2020.

2. This action shall be stayed pending the outcome of arbitration.

Dated: October 23, 2023

**STIPULATED AND AGREED:**

| | |
|---|---|
| PECHMAN LAW GROUP PLLC | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Louis Pechman | By: /s/ Hanna Martin |
| Louis Pechman | Sam S. Shaulson |
| 488 Madison Avenue, 17th Floor | Hanna E. Martin |
| New York, NY 10022 | 101 Park Avenue |
| Tel: 212.583.9500 | New York, NY 10178 |
| Fax: 212.409.8763 | Tel: 212.309.6000 |
| pechman@pechmanlaw.com | Fax: 212.309.6001 |
| | sam.shaulson@morganlewis.com |
| | hanna.martin@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Counsel shall confer and inform the Court by letter of the status of the action, following resolution of the arbitration.

**SO ORDERED:**

/s/ Loretta A. Preska
Hon. Loretta A. Preska, U.S.D.J.

10/23/23

-2-