UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Meyersang,
                    Plaintiff(s),      23 cv 7638 (LAP)

        -against-                      **ORDER**

Morgan Stanley & Co. LLC,
                    Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

_Loretta A. Preska_

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: April 8, 2025

New York, New York