UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Kevin Meyersburg,                        :
                                         :    23 CV 7638 (LAP)
                     Plaintiff(s),       :
                                         :    **ORDER**
          -against-                      :
                                         :
Morgan Stanley & Co, LLC.,               :
                     Defendant(s).       :
                                         :
----------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter
no later than _March 30, 2026_ of the status of the
action/remaining claims/defendants.


SO ORDERED.


                              _____
                              LORETTA A. PRESKA,

                              Senior U.S.D.J.


Dated: 3/23/26

New York, New York